

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00158-CR

Hazel Dolores **VERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7719W
Honorable Philip A. Kazen Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  May 15, 2013

DISMISSED FOR WANT OF JURISDICTION

Appellant Hazel Dolores Vera pled *nolo contendere* to possession of less than one gram of cocaine.  On September 20, 2012, Appellant's adjudication of guilt was deferred and she was placed on community supervision.  On February 19, 2013, the trial court amended Appellant's conditions of community supervision.  Appellant seeks to appeal from the trial court's order modifying the conditions of her deferred adjudication.

On May 1, 2013, we notified Appellant that "an order modifying the terms or conditions of deferred adjudication is not in itself appealable." *Davis v. State*, 195 S.W.3d 708, 711 (Tex.

Crim. App. 2006); *see Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). We ordered Appellant to show cause in writing why her appeal should not be dismissed for want of jurisdiction.

In her May 2, 2013 response to our May 1, 2013 order, Appellant's counsel agreed that this court lacks jurisdiction to hear Appellant's appeal. Because the order modifying the terms of Appellant's deferred adjudication is not an appealable order, we dismiss this appeal for want of jurisdiction. *See Davis*, 195 S.W.3d at 711; *Basaldua*, 558 S.W.2d at 5.

PER CURIAM

DO NOT PUBLISH